E-FILED
Friday, 01 April, 2016  09:54:51 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| WESLEY WEBSTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.:   15-cv-02190 |
| | ) |
| PLASTIC CONTAINER CORPORATION, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**RENEWED MOTION FOR SANCTIONS PURSUANT TO
RULE 37 AND REQUESTING DISMISSAL**

NOW COMES the Defendant, PLASTIC CONTAINER CORPORATION, by and through its counsel, Lorna K. Geiler, of Meyer Capel, A Professional Corporation, and for its Renewed Motion for Sanctions Pursuant to Rule 37 states as follows:

1. On February 9, 2016, counsel for the Defendant filed a Motion to Compel and for Sanctions Pursuant to Rule 37 [ECF #36].

2. On March 7, 2016 this Court entered an Order granting said Motion to Compel and ordering the Plaintiff to respond to Defendant's discovery requests within 10 days (or on or before March 17, 2016) [ECF #37].

3. The Court's March 7th Order allowing the Defendant 10 days to provide discovery responses represented the fifth deadline by which the Plaintiff failed to provide his disclosures and discovery responses.

4. Since the filing of the Complaint in this matter on August 31, 2015 to date, the Plaintiff has not provided any disclosures to the Defendant; has failed to respond to Defendant's discovery requests; has failed to comply with this Court's Orders directing that Plaintiff provide

said disclosures and discovery responses; and has failed to cooperate in any way in prosecuting his own Complaint and moving this cause of action along.

WHEREFORE, the Defendant prays that this Court enter an Order dismissing this action as a sanction pursuant to Fed.R.Civ.P. 37(b)(2)(a)(v).

Respectfully Submitted,
PLASTIC CONTAINER CORPORATION,
Defendant,

By: Meyer Capel, A Professional Corporation,

By: **/s/ Lorna K. Geiler**
Lorna K. Geiler, Bar#6192940
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church St.
Champaign, IL 61820
Phone: (217) 352-1800
Email: lgeiler@meyercapel.com

**CERTIFICATE OF SERVICE BY ATTORNEY**

In accordance with Fed.R.Civ.P. 5(a) and LR5.3(c) the undersigned attorney certifies that the foregoing **RENEWED MOTION FOR SANCTIONS PURSUANT TO RULE 37 AND REQUESTING DISMISSAL** was filed with the Clerk of this Court by submission of the same via this Court's Electronic Case File System ("ECF") on April 1, 2016 and a copy of the same was served upon the Plaintiff as follows:

Wesley Webster
617 W. Madison #1
PO BOX 47
Pontiac, IL 61764

by depositing the same in the U.S. Mail at approximately 5:00p.m. at the United States Post Office located at 600 N. Neil St., Champaign, IL 61820, properly addressed and with proper postage affixed thereto this 1st day of April, 2016 and via e-mail to: ryan.leroi20@gmail.com.

By: **/s/ Lorna K. Geiler**
Lorna K. Geiler, Bar#6192940
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church St.
Champaign, IL 61820
Phone: (217) 352-1800
Email: lgeiler@meyercapel.com